UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

***************************    Chapter 13         XXX-XX- 3364
                                NO:  11-12313-FJB    XXX-XX- 6913

In Re: Beauge, Kettly & Camile


         Debtors

***************************

## MOTION OF DEBTORS TO EXTEND TIME TO FILE SCHEDULES, CHAPTER 13 PLAN AND PROOF OF INSURANCE

Now come the Debtors and file this Motion to Extend Time to file schedules, Chapter 13 Plan, and Evidence of Insurance until April 27, 2011. In support of this motion, debtors state that the debtors need this additional time to properly assemble the records and information necessary to file complete schedules and an accurate Chapter 13 Plan, and to provide counsel with proof of insurance.

WHEREFORE, Debtors respectfully request this Court to grant the motion to extend until April 27, 2011 the time in which the schedules and Chapter 13 plan, proof of insurance must be filed.

                              Respectfully Submitted,
                              By their attorney,

                              /s/ Terrence L. Parker
                              Terrence L. Parker, Esq. BBO#555277
                              185 Alewife Brook Parkway, Suite 404
                              Cambridge, MA  02138
                              (617) 491-2265
                              FAX: 617-491-7800
                              TParker612@aol.com

DATE: March 24, 2011
                    CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix, 1, Section 13-7, I, Terrence L. Parker, do hereby certify and attest that I have, this day, served a copy of the attached pleading by U.S. mail, postage prepaid, to all the parties on the attached service list and to the Chapter 13 Trustee, Carolyn Bankowski, via ECF transmission.

/s/ Terrence L. Parker, Esq. , signed under the pains and penalties of perjury

SERVICE LIST

| | |
|---|---|
| Camille Beauge<br>323 Maple Street<br>Lynn, MA  01904 | Kettly Beauge<br>323 Maple Street<br>Lynn, MA  01904 |
| American Express<br>US Payment Center Florida<br>2965 West Corporate Lakes Blvd<br>Weston, FL  33331-3626 | American Honda Finance<br>600 Kelly Way<br>Holyoke, MA  01040 |
| Bank Of America<br>P.O. Box 5170<br>Simi Valley, CA  93062 | Bank Of America<br>Po Box 17054<br>Wilmington, DE  19850 |
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC  27410 | Chase<br>Po Box 15298<br>Wilmington, DE  19850 |
| Chase<br>201 N. Walnut St//de1-1027<br>Wilmington, DE  19801 | Chase Auto<br>201 N Walnut St # De1-10<br>Wilmington, DE  19801 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD  57117 | Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI  53202 |
| First Horizons Home Loans<br>Mail Code 6412<br>4000 Horizon Way<br>Irving, TX  75063 | Fnb Omaha<br>P.o. Box 3412<br>Omaha, NE  68197 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Lease Finance Group Ll<br>233 N Michigan Avenue<br>Chicago, IL  60601 |
| Massachusetts Department of Revenue<br>Bankrutpcy Unit<br>P.O. Box 9564<br>Boston, MA  02114-9564 | North Shore Medical Center<br>81 Highland Avenue<br>Salem, MA  01970 |
| Rbs Citizens Na<br>1000 Lafayette Blvd<br>Bridgeport, CT  06604 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD  57117 |

Wfnnb/victorias Secret
220 W Schrock Rd
Westerville, OH  43081

U.S. Bank
P.O. Box 790908
St. Louis, MO  63101