UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

****************************                Chapter 13                     XXX-XX- 3364
                                             NO:  11-12313-FJB              XXX-XX- 6913

In Re: Beauge, Kettly & Camile


                        Debtors

****************************

**MOTION OF DEBTORS TO EXTEND TIME TO FILE
SCHEDULES, CHAPTER 13 PLAN AND PROOF OF INSURANCE**

Now come the Debtors and file this Motion to Extend Time to file schedules, Chapter 13 Plan, and Evidence of Insurance until April 27, 2011.  In support of this motion, debtors state that the debtors need this additional time to properly assemble the records and information necessary to file complete schedules and an accurate Chapter 13 Plan, and to provide counsel with proof of insurance.

WHEREFORE, Debtors respectfully request this Court to grant the motion to extend until April 27, 2011 the time in which the schedules and Chapter 13 plan, proof of insurance must be filed.


                                        Respectfully Submitted,
                                        By their attorney,

                                        /s/ Terrence L. Parker
                                        Terrence L. Parker, Esq. BBO#555277
                                        185 Alewife Brook Parkway, Suite 404
                                        Cambridge, MA  02138
                                        (617) 491-2265
                                         FAX: 617-491-7800
                                        TParker612@aol.com

DATE: March 24, 2011
                            CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix, 1, Section 13-7, I, Terrence L. Parker, do hereby certify and attest that I have, this day, served a copy of the attached pleading by U.S. mail, postage prepaid, to all the parties on the attached service list and to the Chapter 13 Trustee, Carolyn Bankowski, via ECF transmission.

/s/ Terrence L. Parker, Esq. , signed under the pains and penalties of perjury

*[Margin annotation, left side: 03/25/2011 Granted; the deadline is hereby extended to and including April 27, 2011. (signed)]*