**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Camile Beauge and Kettly Beauge        **Case/AP Number** 11-12313 -FJB
                                                  **Chapter** 13

   #18 First Amended Plan  (RE: [15] Chapter 13 Plan) filed by Debtor Camile Beauge, Joint Debtor Kettly Beauge (Parker, Terrence)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved         _____Moot

_____Denied         _____Denied without prejudice      _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


The Debtors shall file and serve a motion to approve the amended Chapter 13 plan on all creditors and interested parties and shall file a certificate of such service on or before May 11, 2011.


IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 05/05/2011
Frank J. Bailey
United States Bankruptcy Judge