**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Camile Beauge and Kettly Beauge          Chapter: 13
         Debtor,                                  Case No: 11–12313
                                                  Judge Frank J. Bailey

# ORDER
# REGARDING DEFICIENT FILING

Your recent filing of **#24 Affidavit of John Tangusso In Support of #23 Motion to Employ** on **JUNE 11, 2011** with the Court was deficient and/or defective as noted below:

☐     Service (Missing or Insufficient)

☐     Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☑     Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a) **Declaration of Electronic Filing of John Tangusso**

☐     Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐     Reaffirmation Agreement Cover Sheet.

☐     Real Estate Worksheet.

☐     Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐     Motion to Amend Plan.

☐     Motion to Approve Stipulation.

☐     Certificate of Conference.

☐     Notice of Amendment to Schedules.

☐     Motion to Amend Schedules.

☐     Adversary Proceeding Cover Sheet.

☐     Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐     ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐     Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JUNE 21, 2011** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John. W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:6/14/11

By the Court,

Natalie Lemberg
Deputy Clerk
617–748–5341

27 – 24