210B
10/06

United States Bankruptcy Court
District of Massachusetts

**Camile Beauge**
 323 Maple Street
Lynn, MA 01904
xxx–xx–3364
*Debtor Aliases:*  Beauge's Tailoring

Case number:  11–12313
Chapter: 13
Judge Frank J. Bailey

**Kettly Beauge**
 323 Maple Street
Lynn, MA 01904
xxx–xx–6913
*No Known Aliases*

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No.  **5**  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on  **6/14/2011.**

*Transferee*
**PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC**
**POB 41067**
**Norfolk, VA 23541**

*Transferor*
**FIA Card Services, NA as successor in interest to Bank of America NA and MBNA America Bank**
**1000 Samoset Drive**
**DE5–023–03–03**
**Newark, DE 19713**

**– DEADLINE TO OBJECT TO TRANSFER –**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:6/15/11

By the Court,

Natalie Lemberg
Deputy Clerk
617–748–5341