UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Camile Beauge and Kettly Beauge     **Case/AP Number** 11-12313 -FJB
                                               **Chapter** 13

#23   Application filed by Debtor Camile Beauge, Joint Debtor Kettly Beauge to Employ John S. Tangusso as Special Counsel

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice     _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed.  The application to employ John S. Tangusso as special counsel is hereby allowed.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*
_____ Dated: 06/27/2011
Frank J. Bailey
United States Bankruptcy Judge